UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :

                                    :    11 Cr. 499 (LAP)

        v.                          :

NICHOLAS MICENA                     :    ORDER

                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

   The Government shall respond to Defendant Nicholas Micena's motion for an amended judgment [dkt. no. 25] no later than February 15, 2020.

   The Clerk of the Court shall mail a copy of this order to Nicholas Micena.

SO ORDERED.

Dated:    New York, New York
          January 13, 2020

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge