UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Nicholas H. Micena,<br><br>                    Defendant. | No. 0208 1:11CR00499<br><br>ORDER |

LORETTA A. PRESKA, Senior U.S. District Judge:

It is ordered that defendant, Nicholas Micena (Social Security Number and Date of Birth on file), participate and successfully complete at least 180 days of inpatient treatment services at Samaritan Village, located at 88-83 Van Wyck Expressway State Road East, Jamaica, NY 11435.

The program may include testing to determine whether the supervisee has reverted to using drugs or alcohol. The supervisee shall continue to take any prescribed medications unless otherwise instructed by the health care/treatment provider. The supervisee shall contribute to the cost of services rendered based on the supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

Dated:      April 13, 2021
            New York, New York

                                                    SO ORDERED;

                                                    _____
                                                    LORETTA A. PRESKA
                                                    Senior U.S. District Judge