UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

NICHOLAS MICENA,

                Defendant.

No. 11-CR-499 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received a request from Probation to toll Mr. Micena's supervision term to allow Probation to continue to support Mr. Micena while he transitions into the community. Probation informs the Court that Mr. Micena was in absconder status between July 14, 2021, and October 21, 2022, or roughly fifteen months. The end date of Mr. Micena's supervision term is hereby extended from January 31, 2023, to April 30, 2024.

**SO ORDERED.**

Dated:    December 29, 2022
           New York, New York

                                        *[signature]*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge